117 A.3d 175

## IN THE MATTER OF THOMAS ALAN BLUMENTHAL, AN ATTORNEY AT LAW (ATTORNEY NO. 016741987).

July 15, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–309, concluding that **THOMAS ALAN BLUMENTHAL** of **RIDGEFIELD PARK,** who was admitted to the bar of this State in 1988, should be censured for violating *RPC* 1.7 (conflict of interest), *RPC* 3.4(a) (unlawfully obstructing another party's access to evidence), and *RPC* 3.4(c) (knowingly disobeying an obligation under the rules of a tribunal), and good cause appearing;

It is ORDERED that **THOMAS ALAN BLUMENTHAL** is hereby censured;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.